**WO**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Sedillo,<br><br>                    Plaintiff,<br><br>v.<br><br>Friends to Family Corporation, et al.,<br><br>                    Defendants. | No. CV-26-02189-PHX-SHD<br><br>**ORDER** |

At issue is pro se Plaintiff Lisa Sedillo's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2).  Having determined that Sedillo is unable to pay the Court's fees, the Court will grant the Application.  In addition, the Court having screened Sedillo's Complaint (Doc. 1) pursuant to 28 U.S.C. § 1915(e)(2), Sedillo may now serve the Complaint and Summons on Defendants.

**IT IS THEREFORE ORDERED** granting Sedillo's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2).  Sedillo shall serve the Complaint and Summons on the Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure and may choose to request that the Defendants waive service of the Complaint and Summons under Rule 4(d).

Dated this 22nd day of July, 2026.

_____
Honorable Sharad H. Desai
United States District Judge